IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

No. 2:19-CV-0077-RWS

| | |
|---|---|
| GEORGIA FORESTWATCH and SIERRA CLUB | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture, | ) ) ) |
| Defendant. | ) ) |

## **Order**

Having read and considered the Parties October 12, 2020, Joint Motion to Continue Stay of Briefing Deadlines, and for good cause shown, it is hereby ORDERED as followed:

a. The Court's August 14, 2020, Order staying briefing deadlines (ECF 41) is extended an additional sixty days.

b. If the Parties have not executed a final settlement agreement, they are ordered to provide to the Court a status update in sixty days.

So ordered this 13th day of October, 2020.

**RICHARD W. STORY**
United States District Judge